UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| Harold Allen, Marcus Browning, Gloria Craig, Joe Ellis, Irene Finklea, Leterious Hall, Verle Kuehn, Mary Lanham, Diosdado Nebres, Ronald Pearce, Randall Roscamp, Frederick Sheely, Jerry Stamp, and Raymond G. Tavizon, Sr., ) ) ) ) ) ) | No. 07-CV-578-DRH-DGW |
| Plaintiffs, )  ) | |
| v. ) ) | Honorable Judge David R. Herndon<br>Magistrate Judge Donald G. Wilkerson |
| Guidant Corporation, Cardiac Pacemakers, Inc., Guidant Sales Corporation and Boston Scientific Corporation, ) ) ) ) | |
| Defendants. ) | |

**ORDER GRANTING UNOPPOSED MOTION TO STAY**

This matter coming to be heard on Defendant's Unopposed Motion to Stay All Proceedings in This Court Pending Transfer to MDL 1708, due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. Defendant's Unopposed Motion to Stay All Proceedings in This Court Pending Transfer to MDL 1708 is **GRANTED**.

2. The above-captioned case is hereby **STAYED** pending possible transfer by the MDL panel.

3. The parties will cooperate to determine if any of the claims at bar are arguably within the description of those claims consolidated in the pending MDL action.

4. In the event some or all of the plaintiffs in this case are not transferred, the parties shall file a status report with this Court no later than October 12, 2007.

Date: August 14, 2007            /s/         David  RHerndon
                                 UNITED STATES DISTRICT JUDGE